**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| IN RE: | : |
| | :    Chapter 13 |
|     Leea Woodlin | :    Case No 24-11326-pmm |
| Debtor | : |
| | : |

---

O R D E R

AND NOW, this 2nd day of May, 2024, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before May 13, 2024.

*Patricia M. Mayer*

HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE