IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Leea Woodlin | : | Case No.: 24-11326-pmm |
| Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Chapter 13 Plan filed on May 21, 2024; Docket Entry #16.

DATED: 5/21/2024                                    */s/ Brad J. Sadek*
                                                                 Brad J. Sadek, Esq.
                                                                 Attorney for Debtor(s)