# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/04/14 |
| Date Payable | 2024/04/19 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 199.75 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,704.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 373.57 | 3,066.08 |
| Medicare | 53.71 | 434.79 |
| PA State Tax | 113.72 | 920.55 |
| Philadelphia | 138.90 | 1,124.42 |
| PA Unemployment | 2.59 | 20.99 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 400.00 |
| Plan B | 253.36 | 2,026.88 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,704.11 | 29,985.25 |
| Net Earnings | 2,356.59 | 18,903.78 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 297.60 | 2,380.80 |
| Add Life Ins | 0.00 | 9.60 |
| Canada Life Ins | 0.00 | 40.80 |
| PEBS Disab Ins | 25.51 | 204.08 |
| Union Dues | 35.16 | 281.28 |
| Police Bene Assoc | 3.40 | 27.20 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 2,026.88 | 88,027.77 |

FMLA /Parental Leave balances are **based upon usage** in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/03/31 |
| Date Payable | 2024/04/05 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 199.75 |
| Legal Aid | 0.00 | 36.00 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,740.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 381.49 | 2,692.51 |
| Medicare | 54.24 | 381.08 |
| PA State Tax | 114.82 | 806.83 |
| Philadelphia | 140.25 | 985.52 |
| PA Unemployment | 2.62 | 18.40 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 350.00 |
| Plan B | 253.36 | 1,773.52 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,740.11 | 26,281.14 |
| Net Earnings | 2,333.06 | 16,547.19 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Deferred Comp Loan | 297.60 | 2,083.20 |
| PEBS Disab Ins | 25.51 | 178.57 |
| Union Dues | 35.16 | 246.12 |
| Add Life Ins | 2.40 | 9.60 |
| Police Bene Assoc | 3.40 | 23.80 |
| Canada Life Ins | 10.20 | 40.80 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,773.52 | 87,774.41 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

# Payslip
## Earnings and Deductions

Page 1

**CITY OF PHILADELPHIA**

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/03/17 |
| Date Payable | 2024/03/22 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 199.75 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,704.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 373.57 | 2,311.02 |
| Medicare | 53.70 | 326.84 |
| PA State Tax | 113.72 | 692.01 |
| Philadelphia | 138.90 | 845.27 |
| PA Unemployment | 2.59 | 15.78 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 300.00 |
| Plan B | 253.36 | 1,520.16 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,704.11 | 22,541.03 |
| Net Earnings | 2,356.60 | 14,214.13 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 30.60 |
| Add Life Ins | 0.00 | 7.20 |
| PEBS Disab Ins | 25.51 | 153.06 |
| Union Dues | 35.16 | 210.96 |
| Police Bene Assoc | 3.40 | 20.40 |
| Deferred Comp Loan | 297.60 | 1,785.60 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments Internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,520.16 | 87,521.05 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**CITY OF PHILADELPHIA**

**Payslip**
Earnings and Deductions

Page 1

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/03/03 |
| Date Payable | 2024/03/08 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Longevity Pay | 0.00 | 199.75 | Federal Tax | 381.49 | 1,937.45 |
| Legal Aid | 0.00 | 36.00 | Medicare | 54.24 | 273.14 |
| Assume Time | 80.00 | 3,306.00 | PA State Tax | 114.82 | 578.29 |
| Stress Pay | 0.00 | 198.36 | PA Unemployment | 2.62 | 13.19 |
| | | | Philadelphia | 140.25 | 706.37 |
| **Gross Current Earnings** | | 3,740.11 | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Def Comp Flat | 50.00 | 250.00 |
| | | | Plan B | 253.36 | 1,266.80 |
| **Gross Retro Earnings** | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,740.11 | 18,836.92 | Deferred Comp Loan | 297.60 | 1,488.00 |
| Net Earnings | 2,333.06 | 11,857.53 | Canada Life Ins | 10.20 | 30.60 |
| | | | Police Bene Assoc | 3.40 | 17.00 |
| | | | PEBS Disab Ins | 25.51 | 127.55 |
| | | | Union Dues | 35.16 | 175.80 |
| | | | Add Life Ins | 2.40 | 7.20 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | | Plan B | 1,266.80 | 87,267.69 |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



CITY OF PHILADELPHIA

**Payslip**
Earnings and Deductions

Page 1

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/02/18 |
| Date Payable | 2024/02/23 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 199.75 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,704.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 373.57 | 1,555.96 |
| Medicare | 53.71 | 218.90 |
| PA State Tax | 113.72 | 463.47 |
| Philadelphia | 138.90 | 566.12 |
| PA Unemployment | 2.60 | 10.57 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 200.00 |
| Plan B | 253.36 | 1,013.44 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,704.11 | 15,096.81 |
| Net Earnings | 2,356.58 | 9,524.47 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 20.40 |
| PEBS Disab Ins | 25.51 | 102.04 |
| Union Dues | 35.16 | 140.64 |
| Police Bene Assoc | 3.40 | 13.60 |
| Deferred Comp Loan | 297.60 | 1,190.40 |
| Add Life Ins | 0.00 | 4.80 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 1,013.44 | 87,014.33 |

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



CITY OF PHILADELPHIA

**Payslip**
Earnings and Deductions

Page 1

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/02/04 |
| Date Payable | 2024/02/09 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount | Taxes | Current | YTD |
|---|---|---|---|---|---|
| Longevity Pay | 0.00 | 199.75 | Federal Tax | 381.49 | 1,182.39 |
| Legal Aid | 0.00 | 36.00 | Medicare | 54.23 | 165.19 |
| Assume Time | 80.00 | 3,306.00 | PA State Tax | 114.82 | 349.75 |
| Stress Pay | 0.00 | 198.36 | Philadelphia | 140.25 | 427.22 |
| | | | PA Unemployment | 2.61 | 7.97 |
| **Gross Current Earnings** | | **3,740.11** | | | |

| Retro Earnings | Hours | Amount | Pre Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| | | | Def Comp Flat | 50.00 | 150.00 |
| | | | Plan B | 253.36 | 760.08 |
| **Gross Retro Earnings** | | | | | |

| Total Earnings | Current | YTD | Post Tax Deductions | Current | YTD |
|---|---|---|---|---|---|
| Gross Earnings | 3,740.11 | 11,392.70 | Deferred Comp Loan | 297.60 | 892.80 |
| Net Earnings | 2,333.08 | 7,167.89 | PEBS Disab Ins | 25.51 | 76.53 |
| | | | Union Dues | 35.16 | 105.48 |
| | | | Add Life Ins | 2.40 | 4.80 |
| | | | Police Bene Assoc | 3.40 | 10.20 |
| | | | Canada Life Ins | 10.20 | 20.40 |

| Accruals | Net Entitlement | Pension Plan | YTD | LTD |
|---|---|---|---|---|
| | | Plan B | 760.08 | 86,760.97 |

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

FMLA /Parental Leave balances are <u>based upon usage</u> in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



**Payslip**
Earnings and Deductions

Page 1

CITY OF PHILADELPHIA

Leea M. Woodlin
6622 Lawrence St
Philadelphia, PA 19126
US

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/01/21 |
| Date Payable | 2024/01/26 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 210.99 |
| Overtime 1_5 NP | 3.00 | 185.97 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 209.52 |
| **Gross Current Earnings** | | **3,912.48** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 419.41 | 800.90 |
| Medicare | 56.73 | 110.96 |
| PA State Tax | 120.11 | 234.93 |
| Philadelphia | 146.72 | 286.97 |
| PA Unemployment | 2.74 | 5.36 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 100.00 |
| Plan B | 253.36 | 506.72 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,912.48 | 7,652.59 |
| Net Earnings | 2,501.74 | 4,834.81 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Canada Life Ins | 0.00 | 10.20 |
| PEBS Disab Ins | 25.51 | 51.02 |
| Union Dues | 35.16 | 70.32 |
| Police Bene Assoc | 3.40 | 6.80 |
| Deferred Comp Loan | 297.60 | 595.20 |
| Add Life Ins | 0.00 | 2.40 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 506.72 | 86,507.61 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.



CITY OF PHILADELPHIA

## Payslip
### Earnings and Deductions

Page 1

| | |
|---|---|
| Leea M. Woodlin | |
| 6622 Lawrence St | |
| Philadelphia, PA 19126 | |
| US | |

| | |
|---|---|
| Employee Number | 237885 |
| Department | PPD Police |
| Location | PPD 7500 |
| Payperiod Ending | 2024/01/07 |
| Date Payable | 2024/01/12 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 199.75 |
| Legal Aid | 0.00 | 36.00 |
| Assume Time | 80.00 | 3,306.00 |
| Stress Pay | 0.00 | 198.36 |
| **Gross Current Earnings** | | **3,740.11** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 381.49 | 381.49 |
| Medicare | 54.23 | 54.23 |
| PA State Tax | 114.82 | 114.82 |
| Philadelphia | 140.25 | 140.25 |
| PA Unemployment | 2.62 | 2.62 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 50.00 | 50.00 |
| Plan B | 253.36 | 253.36 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 3,740.11 | 3,740.11 |
| Net Earnings | 2,333.07 | 2,333.07 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Police Bene Assoc | 3.40 | 3.40 |
| PEBS Disab Ins | 25.51 | 25.51 |
| Union Dues | 35.16 | 35.16 |
| Add Life Ins | 2.40 | 2.40 |
| Deferred Comp Loan | 297.60 | 297.60 |
| Canada Life Ins | 10.20 | 10.20 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments Internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 253.36 | 86,254.25 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.