## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leea Woodlin<br>           Debtor(s) | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING, LLC<br>           Moving Party<br>vs. | NO. 24-11326 PMM |
| Leea Woodlin<br>           Debtor(s) | |
| Kenneth E. West, Esquire<br>           Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this  23rd  day of  September , 2024 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge