UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
    Leea.Woodlin : CHAPTER 13
        Debtor : NO.  24-11326-PMM

## CONSENT ORDER REGARDING DEBTOR'S PERSONAL INJURY CLAIM

The undersigned counsel agree on this date, __November 6, 2024__ to the following:

1. Debtor is pursuing, through _____Jill Mezyk_____, Esquire a personal injury claim against __Farmers Insurance__ ("Claim").

2. The time period for the Debtor(s) to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtor(s)' counsel provides written notice to the Trustee of any moneys recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the notice is provided to the Trustee or the exemptions are filed, which is latter.

3. Debtor(s)' personal injury counsel shall make no distribution of any funds recovered regarding the Claim without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

1

5. The parties hereto request the Court enter this agreement as a Consent Order.

_____, Esquire

By: _Brad J. Sadek_
**Attorney for Debtor(s)**

___Jill Mezyk___, Esquire

By: _[signature]_
**Personal Injury Attorney for Debtor**

**Office of Standing Chapter 13 Trustee**

By: _/s/ Kenneth E. West_
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street (Septa Building)
Suite 18-341
Philadelphia, PA 19107
Phone:  215-627-1377, ext 101
Fax:    215-627-6299

**IT IS SO ORDERED:**

_[signature: Patricia M. Mayer]_

Dated: November 7, 2024

Hon. Patricia M. Mayer,
**United States Bankruptcy Court**

2