United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-11326-pmm

Leea Woodlin                                         Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                           User: admin                              Page 1 of 3

Date Rcvd: Nov 07, 2024                      Form ID: 155                          Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leea Woodlin, 6622 North Lawrence Street, Philadelphia, PA 19126-3132 |
| 14875499 | + | Cstmrbk/upst, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 14878237 | + | Lakeview Loan Servicing, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14875492 | | Email/Text: Bankruptcy.Processing@bluegreenvacations.com | Nov 07 2024 23:51:00 | Bluegreen Corp, Attn: Bankruptcy, 4960 Conference Way N Ste 100, Boca Raton, FL 33431 |
| 14875493 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 23:55:52 | Citicard, Citicorp Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14875494 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 23:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14875495 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 23:51:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14875498 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 23:51:00 | ComenityBank/Venus, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14875496 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 23:51:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14875497 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 23:51:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14895296 | | Email/Text: bankruptcy@glsllc.com | Nov 07 2024 23:51:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29607 |
| 14878154 | ^ | MEBN | Nov 07 2024 23:49:23 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14898215 | ^ | MEBN | Nov 07 2024 23:49:15 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 14890534 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:55:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875500 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 07 2024 23:56:06 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14875501 | | Email/Text: camanagement@mtb.com | Nov 07 2024 23:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Buffalo, NY 14240 |
| 14875503 | | Email/Text: EBN@Mohela.com | Nov 07 2024 23:51:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14920084 | | Email/Text: EBN@Mohela.com | Nov 07 2024 23:51:00 | US Department of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14897942 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 23:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14875502 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 23:51:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14875505 | + | Email/PDF: cbp@omf.com | Nov 07 2024 23:55:51 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14875506 | | Email/Text: CollectionsDept@PFCU.COM | Nov 07 2024 23:51:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14893451 | + | Email/Text: bankruptcy1@pffcu.org | Nov 07 2024 23:51:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14875507 | + | Email/Text: bankruptcy1@pffcu.org | Nov 07 2024 23:51:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14875508 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:56:04 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14875509 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:55:39 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14875510 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 23:56:04 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14875511 | + | Email/Text: bankruptcies@uplift.com | Nov 07 2024 23:51:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14875512 | + | Email/Text: LCI@upstart.com | Nov 07 2024 23:51:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14877473 | | ^ MEBN | Nov 07 2024 23:49:22 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14875504 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 07, 2024 | Form ID: 155 | Total Noticed: 30

Date: Nov 09, 2024                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Leea Woodlin brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Leea Woodlin<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11326−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 7, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court