**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Leea Woodlin | : | |
| | : | Case No.: 24-11326-PMM |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Approve Settlement of Pre-Petition Personal Injury Claim* and respectfully request that the Order attached to the Motion be entered.


Dated: December 18, 2024            /s/ Brad J. Sadek, Esquire
                                    Brad J. Sadek, Esquire
                                    Sadek Law Offices, LLC
                                    1500 JFK Boulevard, Suite #220
                                    Philadelphia, PA 19102
                                    brad@sadeklaw.com
                                    215-545-0008