# CONTINGENT FEE AGREEMENT and POWER OF ATTORNEY

I, <u>Leea Woodlin</u> (hereinafter "Client") hereby constitute, appoint and retain the law firm of Mednick, Mezyk & Kredo, P.C. (hereinafter "MMK Law") and any other co-counsel attorneys or law firms that they so designate to represent me for personal injuries and related damages as a result of an accident and/or cause of action that arose on <u>01/26/2024</u>.

## FEES

Client hereby agrees that the compensation of MMK Law and their designated attorneys for legal services provided shall be **thirty-five (35%) percent** of the gross settlement or sums recovered by way of settlement or verdict.

## REFERRAL FEES/CO-COUNSEL AGREEMENTS

If this matter has been referred by another lawyer to MMK Law, MMK Law may pay a referring attorney a portion of their fees as a referral fee. This is standard practice and in accordance with Pennsylvania Rules of Professional Conduct. Any referral fees paid will be paid out of the gross fees recovered by MMK Law and **no additional fee will be charged to the client.**

Likewise, Client understands that MMK Law may retain or associate with any co-counsel attorneys or law firms to assist in pursuing this claim on client's behalf. Client understands that MMK Law may share their fee with any co-counsel however, **no additional fee will be charged to the client.**

## POWER OF ATTORNEY

Client hereby grants the law firm of Mednick, Mezyk & Kredo, P.C. **Power of Attorney** to endorse Client(s) name to any insurance check or check for any settlement/verdict proceeds only for the purpose of depositing same into their client trust (escrow) account.

Client will be provided with a full accounting of any payments made from any settlement/verdict proceeds in a document called a **Statement of Distribution.**

## COSTS

Costs chargeable to the case will be advanced by MMK Law but are to be paid from Client's share of the settlement proceeds. These costs may include costs to secure medical records, obtain a police report, perform a title search, file a lawsuit, depositions fees, expert fees etc. In addition, MMK Law charges an **administrative fee** of $75 for any case that resolves pre-litigation and $125 for any case that goes into litigation. These charges are for things like postage, copies, presentation materials, legal technology, etc.

## NO RISK TO CLIENT

This legal agreement between Client and MMK Law comes with MMK Law's no-cost guarantee. **In the event no money is recovered in the case, client shall not be liable for any legal fees or costs**.

## TERMINATION OF THIS AGREEMENT

In the event that Client discharges the services of MMK Law or its attorneys/co-counsel, MMK law shall be entitled to the immediate reimbursement of costs and payment of attorneys fees. Attorneys fees shall be calculated by multiplying the highest settlement offer negotiated by MMK Law, its attorneys or co-counsel, with the fee percentage set forth above or by the calculation of hours expended multiplied by $450 per hour, whichever is greater. This fee is payable immediately after discharge and is not contingent upon the outcome of this matter, unless otherwise agreed to in writing.

## WITHDRAW AS COUNSEL

The Client agrees that MMK LAW, its attorneys or co-counsel may withdraw as counsel if they conclude, in their sole judgment, that the claim cannot be successfully prosecuted, the client fails to cooperate with the attorneys or any other reason the attorneys may have. In the event MMK Law or their attorneys or co-counsel withdraw after the Client has received a monetary offer to settle Client's case, and the Client later obtains a settlement or verdict, then the Client agrees to pay the Attorney for the fair value of all legal services rendered by the Attorney - calculated by multiplying the settlement offer received by the percentage of fee specified herein - in addition to costs incurred by the Attorney. Notification of withdrawal to the Client shall be considered to take place upon mailing the notification via USPS regular mail to the last address of the Client known to the Attorney.

## PAPERLESS OFFICE

Client has been advised that MMK Law strives to have a paperless office and that records are generally maintained electronically with hard copies of documents scanned and then disposed of in a secure manner. Client acknowledges that any request for copies of records will only include scanned copies as originals are not maintained.

| | |
|---|---|
| **1-29-24** | *[signature]* Leea Woodlin (Jan 29, 2024 16:29 EST) |
| Date | Client |