**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leea Woodlin,<br><br>                                *Debtor*. | Case No. 24-11326-pmm<br>Chapter 13 |

**Order Granting Motion to Approve**
**Settlement of Pre-Petition Personal Injury Claim**

      **AND NOW**, after consideration of the Motion to Approve Settlement of Pre-Petition Personal Injury Claim filed by the Debtor, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The settlement of the personal injury claim as described in the Motion is **APPROVED**.

3. The settlement proceeds must be distributed as follows:

   | | |
   |---|---:|
   | Gross settlement amount | $21,000.00 |
   |     Mednick, Mezyk & Kredo PC | (-) $ 7,385.00 |
   |     Healthbridge | (-) $500.00 |
   |     Philadelphia Pain Practice | (-) $300.00 |
   |     Chapter 13 trustee | (-) $3,110.00 |
   | Net proceeds to Debtor | $9,705.00 |

4. Mednick, Mezyk & Kredo PC is authorized and directed to distribute the settlement proceeds as set forth above within fourteen days after receipt of funds or entry of this order, whichever is later.

5. The Debtor is authorized to retain the net settlement proceeds in the amount of $9,705.00, as the funds have been properly claimed as exempt property.

Date: **January 8, 2025**

*Patricia M. Mayer*
Patricia M. Mayer
U.S. Bankruptcy Judge

CC:    Mednick, Mezyk & Kredo PC
          101 Greenwood Avenue Suite 203
          Jenkintown, PA 19046