United States Bankruptcy Court
Eastern District of Pennsylvania

| In re: | Case No. 24-11326-pmm |
|---|---|
| Leea Woodlin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 08, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leea Woodlin, 6622 North Lawrence Street, Philadelphia, PA 19126-3132 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Leea Woodlin brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Leea Woodlin, <br> *Debtor*. | Case No. 24-11326-pmm <br> Chapter 13 |

**Order Granting Motion to Approve**
**Settlement of Pre-Petition Personal Injury Claim**

      **AND NOW**, after consideration of the Motion to Approve Settlement of Pre-Petition Personal Injury Claim filed by the Debtor, with proper notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The settlement of the personal injury claim as described in the Motion is **APPROVED**.

3. The settlement proceeds must be distributed as follows:

    Gross settlement amount....................................................................$21,000.00
        Mednick, Mezyk & Kredo PC ...........................................(-) $ 7,385.00
        Healthbridge................................................................... (-) $500.00
        Philadelphia Pain Practice..................................................(-) $300.00
        Chapter 13 trustee ............................................................(-) $3,110.00
    Net proceeds to Debtor ................................................................$9,705.00

4. Mednick, Mezyk & Kredo PC is authorized and directed to distribute the settlement proceeds as set forth above within fourteen days after receipt of funds or entry of this order, whichever is later.

5. The Debtor is authorized to retain the net settlement proceeds in the amount of $9,705.00, as the funds have been properly claimed as exempt property.

Date: **January 8, 2025**

                                                      Patricia M. Mayer
                                                      U.S. Bankruptcy Judge

CC:    Mednick, Mezyk & Kredo PC
           101 Greenwood Avenue Suite 203
           Jenkintown, PA 19046