UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|     Leea Woodlin | : | |
| | : | Case No. <u>24-11326-DJB</u> |
| | : | |
| Debtor [s]. | : | |

**<u>ORDER GRANTING MOTION TO MODIFY PLAN</u>**

    AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # <u> 60 </u>, the "Motion");

    It is hereby ordered that

    1)    The Motion is granted; and

    2)    The Modified Plan (doc. # <u> 62 </u>) is approved.


DATE:                                                                                    _____

                                                                                          DEREK J. BAKER
                                                                                          U.S. BANKRUPTCY JUDGE