UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Leea Woodlin | : | |
| | : | Case No. 24-11326-DJB |
| | : | |
| Debtor [s]. | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __60__, the "Motion");

It is hereby ordered that

1)    The Motion is granted; and

2)    The Modified Plan (doc. # __62__) is approved.

DATE:

**Date: May 23, 2025**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE